UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:  PAUL DEN BESTE,<br><br>Debtor(s). | Case No:  C 12-2354 SBA<br><br>Bk. No. 10-13558<br>Adversary No. 11-01298<br><br>**ORDER DISMISSING ACTION** |

On May 10, 2012, Debtor Paul Den Beste ("Deb Beste") filed a motion to withdraw reference with respect to a summary judgment motion and motion for sanctions filed in a pending bankruptcy adversary action.  On September 6, 2012, Den Beste filed a document styled as "Notice of Bankruptcy Court Proceedings Mooting Motion to Withdraw Reference and of Other Proceedings in Another United States District Court."  Dkt. 5.  In his notice, Den Beste states that the motions in the adversary proceeding have been resolved, and consequently, "the instant motion to withdraw reference is moot" and the Court has no jurisdiction over the matter.  Id.  The Court liberally construes Den Beste's notice as a request for voluntary dismissal under Federal Rule of Civil Procedure 41(a).  Accordingly,

IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(2), the instant action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall close the file and terminate all pending matters.

IT IS SO ORDERED.

Dated: September 17, 2012

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  PAUL DEN BESTE et al,

5              Plaintiff,

6     v.

7  ALEC HARRINGTON et al,

8              Defendant.

9  _____/

10

11                              Case Number: CV12-02354 SBA

12                              **CERTIFICATE OF SERVICE**

13

14  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

15
    That on September 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing
16  said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
    depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
17  receptacle located in the Clerk's office.

18    U.S. Bankruptcy Court, Northern District of CA, Santa Rosa Division
19  99 South E St.
    Santa Rosa, CA 95404
20
    Judge Alan Jaroslovsky
21  U.S. Bankruptcy Court
    99 South E Street
22  Santa Rosa, CA 95404

23
    Mansuetto Anthony Lenci
24  3703 E. 113 Terrace
    Kansas City, MO 94137
25
    Melody Den Beste
26  Post Office Box 186
    Cloverdale, CA 95425
27

28  Paul Den Beste

Post Office Box 742
Cloverdale, CA 95425

Dated: September 17, 2012

Richard W. Wieking, Clerk

By: Lisa Clark, Deputy Clerk