UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: PAUL DEN BESTE,<br><br>    Debtor(s). | Case No: C 12-2354 SBA<br><br>Bk. No. 10-13558<br>Adversary No. 11-01298<br><br>**ORDER DISMISSING ACTION** |

On May 10, 2012, Debtor Paul Den Beste ("Deb Beste") filed a motion to withdraw reference with respect to a summary judgment motion and motion for sanctions filed in a pending bankruptcy adversary action. On September 6, 2012, Den Beste filed a document styled as "Notice of Bankruptcy Court Proceedings Mooting Motion to Withdraw Reference and of Other Proceedings in Another United States District Court." Dkt. 5. In his notice, Den Beste states that the motions in the adversary proceeding have been resolved, and consequently, "the instant motion to withdraw reference is moot" and the Court has no jurisdiction over the matter. Id. The Court liberally construes Den Beste's notice as a request for voluntary dismissal under Federal Rule of Civil Procedure 41(a). Accordingly,

IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(2), the instant action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file and terminate all pending matters.

IT IS SO ORDERED.

Dated: September 17, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAUL DEN BESTE et al,

       Plaintiff,

  v.

ALEC HARRINGTON et al,

       Defendant.
                                    /

Case Number: CV12-02354 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, Northern District of CA, Santa Rosa Division
99 South E St.
Santa Rosa, CA 95404

Judge Alan Jaroslovsky
U.S. Bankruptcy Court
99 South E Street
Santa Rosa, CA 95404

Mansuetto Anthony Lenci
3703 E. 113 Terrace
Kansas City, MO 94137

Melody Den Beste
Post Office Box 186
Cloverdale, CA 95425

Paul Den Beste

1  Post Office Box 742
2  Cloverdale, CA 95425

3  Dated: September 17, 2012

                                          Richard W. Wieking, Clerk

                                                    By: Lisa Clark, Deputy Clerk